UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDRE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-103 |
| | ) | |
| LANIER COLLECTION AGENCY & SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court previously recommended that *pro se* plaintiff Andre Harris' Complaint be dismissed because it appeared that he failed to serve defendant Lanier Collection Agency and Services timely. *See* doc. 11. He has objected to that recommendation on the grounds that he previously submitted proof of service. *See* doc. 13. Harris is correct, he submitted proof of service upon defendant on August 2, 2023. *See* doc. 12. Due to clerical error, however, that proof was not docketed until August 21, 2023. *See id.* The Report and Recommendation is, therefore, **VACATED**. Doc. 11. The Court makes no finding at this time concerning the sufficiency of the proof of service submitted. The Court's

recommendation that Harris' Motion for Default Judgment be denied remains pending before the District Judge.  *See* doc. 9.

**SO ORDERED,** this 22nd day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA