IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDRE HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> LANIER COLLECTION AGENCY & SERVICES, <br><br> Defendant. | CIVIL ACTION NO.: 4:23-cv-103 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 26, 2023, Report and Recommendation, (doc. 9), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Defendant's Motion for Default Judgment is **DENIED**. (Doc. 8.)

**SO ORDERED**, this 24th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA