AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRE HARRIS,

          Plaintiff,

v.

LANIER COLLECTION AGENCY & SERVICES,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-103

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 6, 2024 Order overruling Plaintiff's objections and adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Defendant's Motion to Dismiss is granted, and Plaintiff's Amended Complaint is dismissed. Plaintiff's Motion for Hearing for Pretrial Conference and Motion for Informal Discovery Dispute Conference are dismissed as moot. This case stands closed.

Approved by: _____

September 20, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020